4

United States District Court
Southern District of Texas
ENTERED

DEC 30 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CAPTIAN MAQSOOD AHMED, | § | |
| ET. AL | § | |
| | § | |
| VS. | § | C.A. NO. B-98-188 |
| | § | |
| TRISTAR SHIPPING LINES, LTD. | § | In Admiralty Pursuant to |
| in personam, M/V DELTA PRIDE, | § | Rule 9(h) of the Federal |
| her engine, tackle, ets. in rem | § | Rules of Civil Procedure |

## ORDER FOR EMERGENCY HEARING

A Motion having been filed in the above entitled case by the Plaintiff, through their atttorney of record, and the Court having examined the Affidavits filed in support of the Motion, is of the opinion that said Motion for Emergency Hearing should be **GRANTED**.

IT IS ORDERED that a hearing on said Motion be set for January 8th, 1999, at 2:00 p.m. and that the Clerk of the Court give notice to all parties to this effect and that this writ be accompanied by this Order and supporting Affidavits submitted by the Plaintiffs to be served upon the Defendant, **TRISTAR SHIPPING LINES, LTD.**, for at least three (3) days before the time set above for hearing.

Signed on this the 30th day of December, 1998.

_____
Judge Presiding

Acting on assignment + in the absence of Judge Tagle.