

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| CAPTAIN MAQSOOD AHMED, ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. B-98-188 |
| § | |
| TRISTAR SHIPPING LINES, LTD. § | |
| § | |
| Defendant. § | |

## ORDER

INTERNATIONAL MARINES SALES's Unopposed Motion to Intervene [Dkt. No. 6] is GRANTED.

DONE at Brownsville, Texas, this ___8___ day of January 1999.

_____
Hilda G. Tagle
United States District Judge