*14*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**JAN 0 8 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CAPTAIN MAQSOOD AHMED, ET AL. | § |
| | § |
| V. | § §   Civil Action No. B-98-188 |
| | § |
| TRISTAR SHIPPING LINES, LTD. | § |
| in personam, M/V DELTA PRIDE, | § |
| her engine, tackle, etc. in rem. | § |

## ORDER

Came on to be heard the Unopposed Motion for Sale of Seized Vessel of Castrol North America Inc. filed in the above styled matter. The Court, having considered the motion, has decided to GRANT the motion. It is therefore,

ORDERED that the M/V Delta Pride be sold via U.S. Marshall's sale. It is further,

ORDERED that following the sale of the M/V Delta Pride, the proceeds be disbursed in accordance with the lien priority rules set forth in the maritime and admiralty rules and statutes.

SIGNED this _____ day of _____, 1999.

_____
Hon. Judge Presiding

Approved and Entry Requested:

Anthony L. Laporte
Texas Bar No. 00787876
1001 Fannin St., Suite 4600
Houston, Texas 77002-6712
713/650-8100
713/650-8141 facsimile
*Attorney-in-Charge for Castrol North America Inc.*

CMsPDF - www.fasoo.com