United States District Court
Southern District of Texas
ENTERED

JAN 0 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CAPTAIN MAQSOOD AHMED, ET AL. | § |
| | § |
| V. | § Civil Action No. B-98-188 |
| | § |
| TRISTAR SHIPPING LINES, LTD. | § |
| in personam, M/V DELTA PRIDE, | § |
| her engine, tackle, ets. in rem. | § |

## ORDER

Came on to be heard the Motion to Consolidate of Castrol North America Inc. filed in the above styled matter. The Court, having considered the motion, has decided to GRANT the motion. It is therefore,

ORDERED this action is consolidated with *Castrol North America Inc. v. M/V Delta Pride*; C.A. No. H-98-4309 currently pending in the United States District Court for the Southern District of Texas; Houston Division, and that this Court maintain the consolidated action on its docket for all purposes, and that the Court maintain the enforcement of the Warrant and Order for Seizure entered in the *Castrol North America Inc. v. M/V Delta Pride*; C.A. No. H-98-4309 pending in the United States District Court for the Southern District of Texas; Houston Division action.

SIGNED this _____8_____ day of _____, 1999.

_____
Hon. Judge Presiding