IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MAWSOOD AHMED, CAPTAIN, ET AL. § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | C.A. No. B-98-0188 |
| § | Filed Under Rule 9(h) |
| M/V DELTA PRIDE, Her Engines, § | Fed. R. Civ. P. |
| Tackle, Apparel, Etc., and § | |
| TRISTAR SHIPPING LINES § | |
| LTD. § | |
| Owners, Charterers, § | (ADMIRALTY) |
| Managers and/or Operators, § | |
| § | |
| Defendants. § | |

## ORDER

**ON THIS DAY** the Court considered the Motion for Leave to Intervene of North End Oil, Inc. ("North End") and is of the opinion that the Motion has merit and should be granted. It is therefore

ORDERED that North End is granted leave to intervene and join in the within cause of action; and it is further

ORDERED that North End's Verified Complaint in Intervention be deemed filed on the date submitted with its Motion.

SIGNED this _22_ day of January, 1999.

_____
UNITED STATES DISTRICT JUDGE