35

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF T~~EXAS~~

United States District Court
Southern District of Texas
ENTERED

FEB 19 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

Maqsood Ahmed, et al §
§
versus §    CIVIL ACTION 98-188
§
Tristar Shipping, et al §

## Order Setting Hearing

1. A (motion) ~~hearing~~ will be held before Judge Hilda G. Tagle on:

   _____3-1-_____, 1999

   at ___2:30___ p.m.

   Courtroom, Fourth Floor
   United States Courthouse
   500 East Tenth Street
   Brownsville, Texas 78521.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on ___February 18___, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.