#43

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CAPTAIN MAQSOOD AHMED, et al | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-188 |
| | § | |
| TRISTAR SHIPPING LINES, LTD., | § | |
| *in personam*, M/V DELTA PRIDE, | § | |
| her engine, tackle, etc. *in rem*. | § | |

### Confirmation of the Marshal's Sale
### of the *Delta Pride*

The United States Marshal's sale of the *Delta Pride*, Official No. 368020, and her appurtenances is confirmed.

The Marshal is ordered to issue a bill of sale for the vessel as is, where is, to Esco Marine, Inc.

DONE at Brownsville, Texas, this ___5___ day of March 1999.

_____
Hilda G. Tagle
United States District Judge