44

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

MAR 0 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Ahmed, et al.

versus

Tristar Shipping Corp., et al

CIVIL ACTION 98-188

## Order Setting Hearing

1. A hearing (motion) will be held before Judge Hilda G. Tagle on:

   __3-30__, 1999

   at __2:00__ __P__.m.

   Courtroom, Fourth Floor
   United States Courthouse
   500 East Tenth Street
   Brownsville, Texas 78521.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

Signed on __March 9th__, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.