46

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**

**MAR 2 3 1999**

AHMED, ET AL.        §

§

*versus*            §

§

§

TRISTAR SHIPPING, ET AL.    §

Michael N. Milby, Clerk of Court
By Deputy Clerk

CIVIL ACTION B-98-188

## Order Resetting Hearing

The motion hearing set 03-30-99 has been reset to:

03-31-99,

at 2:00 p.m.

Signed on March 23, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

*updateddl.*