50

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

CAPTAIN MAQSOOD AHMED,
ET AL.

*versus*

TRISTAR SHIPPING LINES, LTD
in personam, M/V DELTA PRIDE,
her engines, tackle, etc., in rem

§
§
§
§
§

United States District Court
Southern District of Texas
ENTERED

**APR 01 1999**

CIVIL ACTION B- 98-188
In Admiralty Pursuant to
Rule 9(h) of the Federal
Rules of Civil Procedure

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Scheduling Order

1. Trial:  Estimated time to try: <u>five</u> days.          ☒ Bench     ☐ Jury

2. New parties must be joined by:                                    <u>April 15, 1999</u>

      *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    <u>June 1, 1999</u>

4. The defendant's experts must be named with a report furnished
     within 30 days of the deposition of the plaintiff's expert.       <u>July 1, 1999</u>

5. Discovery must be completed by:                                 <u>September 1, 1999</u>

      *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
      *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Motions will be filed by:                                       <u>October 1, 1999</u>

*********************   The court will provide these dates.  *********************

7. Joint pretrial order is due:                                    <u>11-17-99</u>

      *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:                            <u>12-02-99</u>

The case will remain on standby until tried.

Signed <u>March 31</u>, 199<u>9</u>, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

*Scheduling Order--Page Two*

_____
George J. Prappas
**Counsel for** Plaintiffs
_____

_____
Dennis Sanchez
**Counsel for** Intervening Plaintiffs,
Mohammed Salim Sahiakh, Ind. and 14 Crewmen;
Transworld, Inc. dba Global Ship Serivces, Ltd.

_____
Anthony L. Laporte
**Counsel for** Intervenor,
Castrol North America Inc.
_____

_____
Jim Hunter
**Counsel for** Intervenor,
Royston, Rayzor, Vickery & Williams, L.L.P.

_____
Tom Fleming
**Counsel for** Intervenor,
Allied Bank of Pakistan

_____
Douglas J. Shoemaker
**Counsel for** Intervenor,
North End Oil Ltd