51

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CAPTAIN MAQSOOD AHMED, ET AL. | § § § § § § § § § | |
| V. | | CIVIL ACTION NO. B- 98-188 (ADMIRALTY) |
| TRISTAR SHIPPING LINES, LTD in personam, M/V DELTA PRIDE, her engines, tackle, etc. in rem | | |

## ORDER

**BE IT REMEMBERED** that on this day came on to be heard the Motion To Dismiss Intervention, Without Prejudice, filed on behalf of International Marine Sales Inc. and the Court, after considering said motion as well as the pleadings and facts, is of the opinion that said motion is well founded and should, in all things, be GRANTED, and as such, it is

**ORDERED, ADJUDGED AND DECREED** that the intervention filed in this cause on behalf of International Marine Sales Inc. is herein dismissed, without prejudice.

Brownsville, Texas this 31 day of March, 1999.

_____
United States District Judge

APPROVED AS TO FORM AND CONTENT AND ENTRY REQUESTED.

ABBOTT, SIMSES, KNISTER & KUCHLER

By: _____
JOHN M. RIBARITS
State Bar No. 00792302
1360 Post Oak Boulevard, Suite 1700
Houston, Texas 77056
(713) 627-9393 Telephone
(713) 627-627-9395 Facsimile
**ATTORNEY FOR INTERVENOR
INTERNATIONAL MARINES SALES INC.**