61

United States District Court
Southern District of Texas
ENTERED

MAY 2 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CAPTAIN MAQSOOD AHMED, ET AL. | § § § | |
| VS. | § § | C.A. NO. B-98-188 |
| TRISTAR SHIPPING LINES, LTD. in personam, M/V DELTA PRIDE, her engines, tackle, etc., in rem | § § § § | In Admiralty Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |

# ORDER

On Complainants Motion to Dismiss Tristar Shipping Lines, LTD, the Defendant, and there being no opposition to this Motion,

IT IS ORDERED that Tristar Shippings Lines, LTD., be dismissed, without prejudice, as a Defendant in this lawsuit.

Dated: This the ____ day of May, 1999, Brownsville, Texas

_____
UNITED STATES DISTRICT JUDGE