62

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

*United States District Court*
*Southern District of Texas*
*ENTERED*
*JUN 2 3 ...*
*Michael N. Milby, ...*

Ahmed, et al

versus

Ynester Shipping, et al

§
§
§ CIVIL ACTION B-98-188
§
§
§

## Order Setting Hearing

United States District Court
Southern District of Texas
FILED

JUN 1 6 1999

Michael N. Milby
Clerk of Court

1. A motion hearing will be held before Judge Hilda G. Tagle on: ___07-08___, 1999 at ___9:00 A___.m.

   Courtroom, Third Floor
   United States Courthouse
   600 E. Harrison Street, #306
   Brownsville, Texas 78520.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See Fed. R. Civ. P. 16.*

Signed on ___June 16th___, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.