IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

*United States District Court*
*Southern District of Texas*
**FILED**
JUN 2 9 1999
Michael N. Milby
Clerk of Court

ENTERED JUL 0 6 1999
Michael N. Milby, Clerk

| | |
|---|---|
| CAPTAIN MAQSOOD AHMED, ET AL. | § |
| | § |
| VS. | § C.A. NO. B-98-188 |
| | § |
| TRISTAR SHIPPING LINES, LTD *in personam*, M/V DELTA PRIDE, her engines, tackle, etc., *in rem* | § In Admiralty Pursuant to |
| | § Rule 9(h) of the Federal |
| | § Rules of Civil Procedure |

## ORDER RESETTING STATUS CONFERENCE

The Unopposed Motion to Reset Status Conference is GRANTED.

The status conference currently scheduled for July 8, 1999 is vacated, and a status conference is scheduled for the 19th day of August, 1999. at 10:30 AM.

DATED this 29 day of June, 1999.

_____
UNITED STATES DISTRICT JUDGE