73

UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
JUL 21 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

Ahmed

versus

Tristar Shipping

§
§
§
§
§
§

CIVIL ACTION B- 98-188

## Order Setting Conference

1.    A status conference will be held on:

   __08-17__, 1999

   at __11:00__ __p__.m.

   Courtroom, Third Floor
   United States Courthouse
   600 East Harrison Street, #306
   Brownsville, Texas 78520.

2.    To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3.    Each party shall appear <u>in person</u> by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4.    The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

Signed __July 19th__, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge