74

United States District Court
Southern District of Texas
ENTERED

**JUL 2 2 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

Ahmed, et al                         §
                                     §
*versus*                             §        CIVIL ACTION B-98-188
                                     §
Nristar Shipping, et al              §

### Order Re-Setting Conference

1.    A status conference will be held on:

      _08-16_____, 1999

      at _3:30_____ p .m.

      Courtroom, Third Floor
      United States Courthouse
      600 East Harrison Street, #306
      Brownsville, Texas 78520.

2.    To insure full notice, each party who receives this notice must send a copy of it to every
      other party even if they may have been sent one by the court.

3.    Each party shall appear in person by an attorney with (a) full knowledge of the facts and
      (b) authority to bind the client.

4.    The court will decide pending motions, narrow issues, and discuss evidence to be
      presented at trial. Counsel are to consult among themselves about these matters well in
      advance. *See* Fed. R. Civ. P. 16.

      Signed _July 22nd_____, 1999, at Brownsville, Texas.

                                    _____
                                         Hilda G. Tagle
                                    United States District Judge