79

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| CAPTAIN MAQSOOD AHMED, ET AL. § | |
| § | |
| V. § | Civil Action No. B-98-188 |
| § | |
| TRISTAR SHIPPING LINES, LTD. § | |
| in personam, M/V DELTA PRIDE, § | |
| her engine, tackle, etc. in rem. § | |

United States District Court
Southern District of Texas
ENTERED

AUG 16 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

Came on to be heard the Unopposed Motion to Dismiss Without Prejudice of Castrol North America, Inc. filed in the above styled matter. The Court, having considered the motion, has decided to GRANT the motion. It is therefore,

ORDERED that the claims of Plaintiff-Intervenor Castrol North America, Inc. against the M/V Delta Pride are hereby DISMISSED without prejudice as to Plaintiff-Intervenor Castrol North America, Inc.'s right to refile same.

SIGNED this __11__ day of __August__, 1999.

_____
Hon. Judge Presiding

ClibPDF - www.fastio.com