

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CAPTAIN MAQSOOD AHMED, § | |
| ET AL. § | |
| § | |
| VS. § | C.A. NO. B-98-188 |
| § | |
| TRISTAR SHIPPING LINES, LTD § | In Admiralty Pursuant to |
| *in personam*, M/V DELTA PRIDE, § | Rule 9(h) of the Federal |
| her engines, tackle, etc., *in rem* § | Rules of Civil Procedure |

## ORDER

The Motion for Leave to File Cross-Claim filed by **ALLIED BANK OF PAKISTAN** has been withdrawn by that movant.

No further action is necessary, and no order is required after such withdrawal.

DATED this _30_ day of August, 1999.

_____
UNITED STATES DISTRICT JUDGE