84

United States District Court
Southern District of Texas
ENTERED

SEP 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CAPTAIN MAQSOOD AHMED, ET AL. | )( )( )( |
| VS. | )( )( C.A. NO. B-98-188 )( |
| TRISTAR SHIPPING LINES, LTD In personam, M/V DELTA PRIDE Her engines, tackle, etc., in rem | )( In Admiralty Pursuant to )( Rule 9(h) of the Federal )( Rules of Civil Procedure |

ORDER

The foregoing Motion to Enroll considered,

IT IS HEREBY ORDERED, that Edgar F. Barnett be enrolled as co-counsel for Plaintiffs along with lead counsel, George Prappas and Frederick F. Hoelke.

Thus done and signed at Brownsville, Texas this 30 day of August, 1999.

_____
DISTRICT JUDGE