

## UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

Ahmed

§
§

*versus*

§
§
§

CIVIL ACTION B- 98-188

Kristcar Shipping

United States District Court
Southern District of Texas
ENTERED

### Order Setting Conference

OCT 2 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

1.  A status conference will be held on:

    _____11-30_____, 1999

    at __4:30__ p .m.

    Courtroom, Third Floor
    United States Courthouse
    600 East Harrison Street, #306
    Brownsville, Texas  78520.

2.  To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3.  Each party shall appear <u>in person</u> by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4.  The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial.  Counsel are to consult among themselves about these matters well in advance.  *See* Fed. R. Civ. P. 16.

Signed _____October, 26th_____, 1999, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge