96

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Captain Maqsood Ahmed, et al, | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. B-98-188 |
| Tristar Shipping and the M/V Delta Pride, her engines, tackle, etc., in rem Defendants. | § | |

**ORDER**

BE IT REMEMBERED that the Court considered Allied Bank of Pakistan's Unopposed Motion to Recover Deposit [Dkt. No. 63] and North End Oil, Ltd.'s, Motion to Recover Custodia Legis Costs [Dkt. No. 66] at its August 16, 1999 hearing. The Court **GRANTED** both motions at that hearing.

DONE at Brownsville, Texas, this _____ day of December 1999.

Hilda G. Tagle
United States District Judge