100

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
FILED
DEC 15 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

Ahmed, et al §
§
versus §
§ CIVIL ACTION B- 98-188
Unistar Shipping, et al §

## Order Setting Conference

1. A status conference will be held on:

   _____01-05_____, 2000,

   at __1:30__ p.m.

   Courtroom, Third Floor
   United States Courthouse
   600 East Harrison Street, #306
   Brownsville, Texas 78520.

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear in person by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

Signed __December 14th__, 1999, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge