/01

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**

**DEC 15 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

Ahmed, et al §
§
§
versus §
§          CIVIL ACTION  B-98-188
§
§
Ynistar Shipping, et al §
§

## Order Setting Non-Jury Trial

The non-jury trial set has been set for: __01-31-2000__,
at __9:00__ __A__.m.

Signed on __December 14th__, 1999, at Brownsville, Texas.

_Hilda Tagle_
———————————————
Hilda G. Tagle
United States District Judge

o.
updateddl.