

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**DEC 17 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Captain Maqsood Ahmed, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-188 |
| | § | |
| Tristar Shipping Lines, Ltd., in personam, | § | |
| and M/V Delta Pride, her engines, tackle, | § | |
| etc., in rem | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on December 17, 1999, the Court made the following rulings:

1.  The Court **STRIKES** the Joint Pretrial Order filed by Plaintiff Maqsood Ahmed, on behalf of himself and twenty-one (21) crewmen, Intervenor North End Oil, Intervenor Transworld, Inc., and Intervenor Mohammed Salim Sahiakh, individually and on behalf of fourteen (14) crewmen of the M/V Delta Pride on November 17, 1999.  The Parties were ordered to file a Pretrial Order on which all the Parties to this case could agree at the November 30, 1999 hearing.  Contrary to the Court's order, the Pretrial Order filed on November 17, 1999 was not signed by the Plaintiff-intervenor Allied Bank of Pakistan.  In addition, the accompanying letter from Mr. Edgar F. Barnett, counsel for Plaintiffs, stated that Allied Bank of Pakistan intends to file a separate Pretrial Order and that Transworld, Inc., Mohammed Salim Sahiakh, individually and on behalf of fourteen (14) crewmen, and North End Oil, Ltd. intend to file separate attachments.

2.  The Parties are **ORDERED** to file a single Joint Pretrial Order signed and agreed upon by all Parties by Monday, January 3, 2000 at 10:00 a.m.  The

Parties are forewarned that monetary sanctions will be imposed by the Court on any party that does not join in filing a <u>single</u> order and attachments.

3.     Intervenor Royston, Rayzor, Vickery & Williams is **ORDERED** to file a motion to dismiss by Monday, January 3, ~~1999~~ 2000 at 10:00 a.m. to clarify that all of the claim(s) it has asserted in this case have been settled.

DONE at Brownsville, Texas, this ___17___ day of December 1999.

Hilda G. Tagle
United States District Judge