104

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Captain Maqsood Ahmed, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. B-98-188 |
| § | |
| Tristar Shipping Lines, Ltd, and the M/V § | |
| Delta Pride, her engines, tackle etc, in rem. § | |
| Defendant. § | |

ORDER OF DISMISSAL

BE IT REMEMBERED, that on January 04, 2000, the Court considered the Unopposed Motion to Dismiss of Plaintiff-Intervenor Royston, Rayzor, Vickery & Williams, L.L.P. The Court **GRANTS** the motion and dismisses all claims asserted by the Plaintiff-Intervenor Royston, Rayzor, Vickery & Williams, L.L.P. without prejudice.

DONE at Brownsville, Texas, this 5 day of January 2000.

Hilda G. Tagle
United States District Judge