105

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Captain Maqsood Ahmed, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. B-98-188 |
| § | |
| Tristar Shipping Lines, Ltd, and the M/V § | |
| Delta Pride, her engines, tackle etc, in rem.§ | |
| Defendant. § | |

ORDER

BE IT REMEMBERED, that on January 04, 2000, the Court considered Plaintiff Captain Maqsood Ahmed's, on behalf of himself and twenty-one (21) crewmen, Unopposed Motion to Recover Custodia Legis Deposits [Dkt. No. 99]. The Court **ORDERS** the United States District Clerk to refund the $5,050.00 deposited by the Plaintiff.

DONE at Brownsville, Texas, this ___5___ day of January 2000.

Hilda G. Tagle
United States District Judge