108

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Ahmed, et al, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-188 |
| | § | |
| Tristar Shipping Lines, Ltd., et al, | § | |
| | § | |
| Defendants. | § | |

ORDER

BE IT REMEMBERED, that all Parties in this matter are **ORDERED** to submit an amended Joint Pretrial Order by 5:00 p.m. on Friday, January 7, 2000 that makes the following correction:

The amount in the Court Registry that is available for distribution at trial or through settlement is $294,257.45. This amount reflects the proceeds of the sale of the M/V Delta Pride minus the expenses of the Marshals Service. The current Joint Pretrial Order incorrectly states that the amount available for distribution is $309,034.00 in several different locations.

DONE at Brownsville, Texas on the ___6___ day of January 2000.

_____
Honorable Hilda G. Tagle
United States District Court Judge

1