114

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Ahmed, et al, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-188 |
| | § | |
| Tristar Shipping Lines, Ltd., et al, | § | |
| | § | |
| Defendants. | § | |

PARTIAL ORDER OF FINAL JUDGMENT

BE IT REMEMBERED, that on January 8, 2000, the Court was advised by counsel for the parties that the above-entitled action has been settled as to all claims asserted in this case by Plaintiffs, Intervenor-Plaintiff Transworld, Inc. (d/b/a Global Ship Services), and Intervenor-Plaintiff Mohammed Salim Sahiakh, individually and on behalf of 14 crew members of the M/V Delta Pride. The Court **APPROVED** and **ADOPTED** the terms of the partial settlement reached by the parties, and took **JUDICIAL NOTICE** of all exhibits presented by the three parties that asserted the settled claims.

According to the terms of settlement announced by the parties on the record at the January 8, 2000 status conference, the Plaintiffs will receive $182,500.00 and the Intervenor-Plaintiffs Transworld, Inc. (d/b/a Global Ship Services) and Mohammed Salim Sahiakh, individually and on behalf of 14 crew members of the M/V Delta Pride, will jointly receive $34,500.00 from the proceeds of the sale of the M/V Delta Pride held in the Court Registry. The parties agree that the settlement figures will not be affected by any interest that may or may not be added to the proceeds of the sale.

1

IT IS HEREBY ORDERED that all claims asserted by the Plaintiffs, Intervenor-Plaintiff Transworld, Inc. (d/b/a Global Ship Services), and Intervenor-Plaintiff Mohammed Salim Sahiakh, individually and on behalf of 14 crew members of the M/V Delta Pride, are **DISMISSED** with prejudice and without costs.

DONE at Brownsville, Texas on the __10__ day of January 2000.

_____
Honorable Hilda G. Tagle
United States District Court Judge

2