

United States District Court
Southern District of Texas
ENTERED

JAN 1 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Ahmed, et al, | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. B-98-188 |
| Tristar Shipping Lines, Ltd., et al, | § | |
| Defendants. | § | |

ORDER

BE IT REMEMBERED, that on January 8, 2000, the Court **ORDERED** the Plaintiff-Intervenor North End Oil, Ltd. and the Plaintiff-Intervenor Allied Bank of Pakistan to submit an amended Joint Pretrial Order. The current Joint Pretrial Order is to be amended in light of the fact that the Plaintiffs, Intervenor-Plaintiff Transworld, Inc. (d/b/a Global Ship Services), and Intervenor-Plaintiff Mohammed Salim Sahiakh, individually and on behalf of 14 crew members of the M/V Delta Pride, settled all of their claims in this case. The order submitted by North End Oil and Allied Bank of Pakistan is to strictly comply with this Court's Rules on Joint Pretrial Orders. In particular, the parties are to fully support their contentions based in whole or in part on Pakistani law with legal authority.

DONE at Brownsville, Texas on the 10 day of January 2000.

Honorable Hilda G. Tagle
United States District Court Judge

1