116

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 10 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Ahmed, et al, | § § § | |
| Plaintiffs, | § | |
| v. | § § | CIVIL ACTION NO. B-98-188 |
| Tristar Shipping Lines, Ltd., et al, | § § § | |
| Defendants. | § | |

ORDER

BE IT REMEMBERED, that on January 10, 2000, the Court signed a Partial Order of Final Judgment that approved and adopted the terms of a partial settlement reached by the parties in the above-entitled action. According to the terms of that settlement, the Plaintiffs are to receive $182,500.00, and the Intervenor-Plaintiffs Transworld, Inc. (d/b/a Global Ship Services) and Mohammed Salim Sahiakh, individually and on behalf of 14 crew members of the M/V Delta Pride, are to jointly receive $34,500.00 from the proceeds of the sale of the M/V Delta Pride held in the Court Registry.

The Court **ORDERS** the United States District Clerk to disburse $182,500.00 to the Plaintiffs and $34,500.00 jointly to the Intervenor-Plaintiffs Transworld, Inc. (d/b/a Global Ship Services) and Mohammed Salim Sahiakh, individually and on behalf of 14 crew members of the M/V Delta Pride.

DONE at Brownsville, Texas on the 10 day of January 2000.

Honorable Hilda G. Tagle
United States District Court Judge