117

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

Ahmed, et al
*versus*
Tristar Shipping, et al

§
§
§
§
§
§

CIVIL ACTION B- 98-188

United States District Court
Southern District of Texas
ENTERED

JAN 11 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

### Order Setting Conference

1. A status conference will be held on:

    __1-31__, 2000,

    at __8:30 A__.m.

    Courtroom, Third Floor
    United States Courthouse
    600 East Harrison Street, #306
    Brownsville, Texas 78520.

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear <u>in person</u> by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed __January 10th__, 2000, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge