124

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Captain Maqsood Ahmed, et al, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-188 |
| | § | |
| Tristar Shipping and the M/V Delta Pride, | § | |
| her engines, tackle, etc., in rem | § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED, that on January 13, 2000, the Court **WITHDREW** its December 1, 1999 order [Dkt. No. 96] and substituted the present order.

The Court considered and granted Allied Bank of Pakistan's Unopposed Motion to Recover Deposit [Dkt. No. 63] and North End Oil, Ltd.'s, Motion to Recover Custodia Legis Costs [Dkt. No. 66] at its August 16, 1999 hearing. Therefore, the Court **ORDERS** the United States District Clerk to refund the $1,000.00 deposited by the Allied Bank of Pakistan and the $1,000.00 deposited by North End Oil, Ltd.

DONE at Brownsville, Texas, this ___18___ day of January 2000.

Hilda G. Tagle
United States District Judge