126

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 2 4 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Ahmed, et al, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. B-98-188 |
| § | |
| Tristar Shipping Lines, Ltd., et al, § | |
| § | |
| Defendants. § | |

## FINAL ORDER OF DISMISSAL

**BE IT REMEMBERED**, that on January 21, 2000, the Court was advised by counsel for North End Oil, Ltd. and Allied Bank of Pakistan that a settlement has been reached. Counsel for North End Oil, Ltd. and Allied Bank of Pakistan informed the Court that they had full authority to agree to a settlement. The Court **APPROVED** and **ADOPTED** the terms of the settlement reached by the parties.

According to the terms of settlement announced by each party on the record on January 21, 2000, Allied Bank of Pakistan will receive $60,000.00, and North End Oil will receive the balance remaining in the Court Registry. As of January 21, 2000 the sum to be received by North End Oil is $26,930.87. Any interest that accrues on the funds deposited in the Court Registry between the date of this order and the date the funds are released to the parties, will be added to the sum to be received by North End Oil, Ltd.

1

IT IS HEREBY ORDERED that all claims asserted by North End Oil, Ltd. and Allied Bank of Pakistan are **DISMISSED** with prejudice and without costs.

DONE at Brownsville, Texas on the 24 day of January 2000.

_____
Honorable Hilda G. Tagle
United States District Court Judge



2

ClibPDF - www.fastio.com