*127*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Ahmed, et al, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-188 |
| | § | |
| Tristar Shipping Lines, Ltd., et al, | § | |
| | § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED, that on January 21, 2000, the Court signed a Final Order of Dismissal that approved and adopted the terms of a settlement reached by the parties in the above-entitled action. According to the terms of that settlement, Allied Bank of Pakistan will receive $60,000.00, and North End Oil will receive the balance of the proceeds of sale and interest accrued remaining in the Court Registry. As of January 21, 2000 the sum to be received by North End Oil is $26,930.87. Any interest that accrues on the funds deposited in the Court Registry between the date of this order and the date the funds are released to the parties, will be added to the sum to be received by North End Oil, Ltd.

The Court **ORDERS** the United States District Clerk to disburse $60,000.00 to Allied Bank of Pakistan, and $26,930.87 plus any interest accrued to North End Oil, Ltd. These payments will be made to the parties through their attorneys of record as trustees for their clients. Douglas J. Shoemaker is the attorney of record for North End Oil, Ltd., and Tom Fleming is the attorney of record for Allied Bank of Pakistan.

DONE at Brownsville, Texas on the _24_ day of January 2000.

Honorable Hilda G. Tagle