128

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Ahmed, et al, | § | |
| Plaintiffs, | § § § | |
| v. | § | CIVIL ACTION NO. B-98-188 |
| Tristar Shipping Lines, Ltd., et al, | § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

All of the parties' claims in the this action have been dismissed. The Court entered a Final Order of Dismissal as to North End Oil, Ltd. and Allied Bank of Pakistan, and a Partial Order of Final Judgment as to Plaintiffs, Intervenor-Plaintiff Transworld, Inc. (d/b/a Global Ship Services), and Intervenor-Plaintiff Mohammed Salim Sahiakh, individually and on behalf of 14 crew members of the M/V Delta Pride, [Dkt No. 114]. Therefore, the Court **ORDERS** that this case is closed.

DONE at Brownsville, Texas on the 24 day of January 2000.

_____
Honorable Hilda G. Tagle
United States District Court Judge