IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Captain Maqsood Ahmed, et al, § § Plaintiffs, § § v. § § Tristar Shipping and the M/V Delta Pride, § her engines, tackle, etc., in rem § Defendants. § | CIVIL ACTION NO. B-98-188 |

## ORDER

BE IT REMEMBERED, that on February 9, 2000, the Court **WITHDREW** its January 18, 2000, order [Dkt. No. 124] and substituted the present order.

The Court considered and granted Allied Bank of Pakistan's Unopposed Motion to Recover Deposit [Dkt. No. 63] and North End Oil, Ltd.'s, Motion to Recover Custodia Legis Costs [Dkt. No. 66] at its August 16, 1999 hearing. The Court's prior order on this matter [Dkt. No. 124] ordered the United States District Clerk to refund the deposits made by Allied Bank of Pakistan and North End Oil, Ltd. in the Parties' names. Since then, the Parties have asked the Court to order the United States District Clerk to disburse the funds in the names of the Parties' attorneys as trustees for their clients. The Court grants the Parties' request and **ORDERS** the United States District Clerk to refund the $1,000.00 deposited by Allied Bank of Pakistan to Tom Fleming, as trustee for his client, and the $1,000.00 deposited by North End Oil, Ltd. to Douglas J. Shoemaker, as trustee for his client.

DONE at Brownsville, Texas, this 9th day of February 2000.

Hilda G. Tagle
United States District Judge