/31

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 10 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Captain Maqsood Ahmed, et al., § | |
| Plaintiffs, § | |
| v. § | CIVIL ACTION NO. B-98-188 |
| Tristar Shipping Lines, Ltd, and the M/V § | |
| Delta Pride, her engines, tackle etc, in rem.§ | |
| Defendant. § | |

## ORDER

BE IT REMEMBERED, that on February 9, 2000, the Court **WITHDREW** its January 5, 2000, order [Dkt. No. 105] and substituted the present order.

The Court's prior order on this matter [Dkt. No. 105] ordered the United States District Clerk to refund the deposit made by the Plaintiff Captain Maqsood Ahmed, on behalf of himself and twenty-one (21) crewmen, in the Party's name. Since then, the Plaintiff has asked the Court to order the United States District Clerk to disburse the funds in the name of the Plaintiff's attorney as trustee for his client. The Court grants the Plaintiff's request and **ORDERS** the United States District Clerk to refund the $5,050.00 deposited by the Plaintiff to George J. Prappas, as trustee for his client.

DONE at Brownsville, Texas, this ___9th___ day of February 2000.

Hilda G. Tagle
United States District Judge