## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

Ahmed, et al,

    Plaintiffs,

v.

Tristar Shipping Lines, Ltd., et al,

    Defendants.

§§§§§§§§§§§

CIVIL ACTION NO. B-98-188

### ORDER

BE IT REMEMBERED, that on February 9, 2000, the Court **WITHDREW** its January 10, 2000, order directing the District Clerk to disburse settlement funds in the names of the Parties Transworld, Inc. (d/b/a Global Ship Services) and Mohammed Salim Sahiakh, individually and on behalf of 14 crew members of the M/V Delta Pride. The Parties have informed the Court that they have returned the checks that were disbursed under their names to the District Clerk in Houston, and the clerk's office has confirmed receipt of these checks. The Parties have asked the Court to issue an order directing the District Clerk to issue new checks in the names of the Parties' attorneys as trustees for their clients. The Court grants the Parties' request and **ORDERS** the United States District Clerk to disburse $182,500.00 to George J. Prappas, as trustee for the Plaintiffs, and $34,500.00 to Dennis Sanchez, as joint trustee for the Intervenor-Plaintiffs Transworld, Inc. (d/b/a Global Ship Services) and Mohammed Salim Sahiakh, individually and on behalf of 14 crew members of the M/V Delta Pride.

DONE at Brownsville, Texas on the 9 day of February 2000.

Honorable Hilda G. Tagle
United States District Court Judge